NORTHERN DISTRICT OF TEXAS
FILED
DEC 16 2002
CLERK, U.S. DISTRICT COURT
By ________
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**__________ DIVISION**

**Mercy M. Hamilton**
**Plaintiff**

**Civil Action No.**

**v.**

**Landmark of Richardson AKA Lindan Parks**
**Defendant**

**3 02CV 2681K**

**Defendants: Bridget Wilson-CNA**
**Cheryl Brown-ADON**
**Johnny Caldwell-CNA**
**Sherry Wright-CNA**
**Joyce Fowlers-DON**

**COMPLAINT**

**Plaintiff-** I Mercy M. Hamilton, a residence of Dallas County, was employed with Landmark of Richardson for approximately six (6) years. During my employment I was an excellent employee and did not encountered any problems with American Blacks. On 7-09-2000, Bridget Wilson, Coworker, walked up to me and hit me on my left arm. I was hurt, so I went to the emergency room. My arm was bleeding inside and swollen. I was physically abused on the job by Bridget Wilson.

When I reported to work, Joyce Fowler, Former Director of Nurses, informed me that I was terminated. Joyce Fowler, also told me that I was fired because I called the police.

**Dated, this** 16th **day of** Dec, 2002

**Signature** Mercy Hamilton

**Print Name** MERCY M HAMILTON

**Address** P O BOX 38111
Dallas TX 75238

**Telephone** 214-349-1131 OR
972-926-6655

I believe I have been discriminated against because of my National Origin, Nigerian, and retaliated in that prior to the physical abuse from Bridgette, I reported that I was being harassed to Cheryl Brown, Assistant Director of Nurses, that Bridgette called me names such as using profanity and told me to go back to Africa where I belong, and that Johnny and Bridgette followed me around the facility threatening my life. When I reported the harassment to Cheryl Brown, Assistant Director of Nurses, the harassment began to get worse by Bridgette and I was terminated, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I do believe that the harassment I received from my co-workers, American Blacks, was due to my National Origin-Nigerian. Also, what brought about all the harassment and confusion, was when the Texas Department of Health Services (State) came to the facility to investigate certification. I was called to be interviewed by one of their representatives. I was questioned to if I had any knowledge of any employees working without CNA certification. Due to this, it was reported by Cheryl Brown that I was the person called the Texas Department of Health Services (State) to the facility to report non-certified employees. The false informations given by Cheryl Brown caused me to be harassed, intimidated, physically abused and wrongfully terminated from my employment that I loved and could have enjoyed working for many years to come.